IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

WILLIAM LEE GRANT, II, )
)
    Plaintiff, )
)
v. )
)
US DEPARTMENT OF TRANSPORTATION, )
)
    Defendant. ) Civil Action No. 3:18-CV-1480-C

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff William Lee Grant's Complaint should be dismissed as duplicative. The Court notes Plaintiff filed the same complaint, against the same Defendant, in a separate case that is currently pending.[1] Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE**. Further, the Court having considered Plaintiff's Motion to Transfer, filed July 1, 2018, is of the opinion the same should be **DENIED AS MOOT**.

SO ORDERED this 25th day of September, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] *See Grant v. United States Dept. of Transportation*, No. 4:18-cv-470-O (N.D. Tex.)